JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD TRAVIS and KERRI JUNE WILKERSON<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, N.A., and VERIPRISE PROCESSING SOLUTIONS, LLC, and Does 1 – 50, inclusive,<br><br>Defendants. | Case No. 2:15-CV-006516-AB-KLS<br><br>**JUDGMENT AND ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint filed: July 17, 2015<br>Removal date: August 26, 2015<br>FAC Filed: October 28, 2015<br>SAC Filed: June 26, 2018<br>Current Trial Date: December 3, 2019<br><br>Honorable Andre Birotte Jr<br><br>Hearing Information:<br>Date: November 8, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 7B |

**JUDGMENT AND ORDER**

Defendants Nationstar Mortgage LLC (wrongfully sued as "Nationstar Mortgage, N.A.") ("Nationstar") and Veriprise Processing Solutions, LLC ("Veriprise") (collectively "Defendants") Motion for Summary Judgment, or in the alternative, Summary Adjudication, came before this Court for hearing on November 8, 2019. Appearances by counsel were as stated on the record. After taking the matter under submission and with full consideration of the evidence, the points and authorities and separate statements of each party, oral arguments of counsel, the files and pleadings in this action. The Court issued its Order Granting Defendants' Motion for Summary Judgment on November 27, 2019.

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED** in its entirety and **JUDGMENT** entered in favor of Defendant and any *lis pendens* recorded on the property located at 205 S. Juanita Ave. #B, Redondo Beach, CA 90277 be expunged.

Defendants Nationstar and Veriprise are **GRANTED JUDGMENT** as to Plaintiffs' claims:

1.      **SUMMARY JUDGMENT IS GRANTED** in Defendants' favor as against Plaintiffs' First Cause of Action, alleging violations of California Civil Code § 2923.55. This cause of action is dismissed, with prejudice, with judgment in Defendants' favor;

2.      **SUMMARY JUDGMENT IS GRANTED** in Defendants' favor as against Plaintiffs' Second Cause of Action, alleging violations of California Civil Code § 2924.17. This cause of action is dismissed, with prejudice, with judgment in Defendants' favor;

3.      **SUMMARY JUDGMENT IS GRANTED** in Defendants' favor as against Plaintiffs' Third Cause of Action for violation of California Civil Code § 2923.6. This cause of action is dismissed, with prejudice, with judgment in Defendants' favor;

4.      **SUMMARY JUDGMENT IS GRANTED** in Defendants' favor as against Plaintiffs' Fourth Cause of Action alleging violations of California Civil Code § 2923.7. This cause of action is dismissed, with prejudice, with judgment in Defendants' favor; and

5.      **SUMMARY JUDGMENT IS GRANTED** in Defendants' favor as against Plaintiffs' Fifth Cause of Action alleging violations of California Civil Code § 2924.10. This cause of action is dismissed, with prejudice, with judgment in Defendants' favor.

Given the foregoing ruling, **IT IS HEREBY ORDERED** that Defendants are **DISMISSED** from this action **WITH PREJUDICE**. A final **JUDGMENT OF DISMISSAL** is hereby entered against Plaintiffs, and in favor of Defendants Nationstar and Veriprise, as to **ALL** of Plaintiff's causes of action. Plaintiff shall take nothing by way of his claims against Defendants Nationstar and/or Veriprise.

**IT IS SO ORDERED.**

Dated:  December 23, 2019          _____

Honorable Judge André Birotte Jr.
United States District Court Judge